MIED ProSe 1 (Rev 5/16)  Complaint for a Civil Case

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN

QaShonta Hosomla Short

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

v.

Great Lakes Bay Legal, Attorneys & Counselors, Sadaira Deanne Reeves

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

Case No. _____
*(to be filled in by the Clerk's Office)*

Jury Trial:  ☑ Yes   ☐ No
*(check one)*

# Complaint for a Civil Case

MIED ProSe 1 (Rev 5/16)  Complaint for a Civil Case

**I.     The Parties to This Complaint**

    **A.     The Plaintiff(s)**

    Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | QaShontae Hosomla Short |
| Street Address | 5313 Territotrial rd #103 |
| City and County | Grand Blanc township Genesee |
| State and Zip Code | Michigan 48439 |
| Telephone Number | (425) 292-8145 |
| E-mail Address | courtcases79@gmail.com |

    **B.     The Defendant(s)**

    Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Great Lakes Bay Legal, Attorneys & COunselors |
| Job or Title (if known) | Attorneys & Counselors |
| Street Address | 318 N. Michigan ave |
| City and County | Saginaw, Saginaw |
| State and Zip Code | Michigan 48602 |
| Telephone Number | (989) 401-0877 |
| E-mail Address (if known) | |

Defendant No. 2

| | |
|---|---|
| Name | Sadaira Reeves |
| Job or Title (if known) | con artist, schemer, drug dealers baby mama, thief |
| Street Address | 929 Kathy Cir |
| City and County | Flint, Genesee |
| State and Zip Code | Michigan 48506 |
| Telephone Number | (810) 835-3624 |
| E-mail Address (if known) | N/A |

2

MIED ProSe 1 (Rev 5/16)  Complaint for a Civil Case

Defendant No. 3

| | |
|---|---|
| Name | Consumer Help Group |
| Job or Title (if known) | Attorney or counselor |
| Street Address | 1515 N University Dr. #220 |
| City and County | Coral Springs Broward |
| State and Zip Code | Florida 33071 |
| Telephone Number | 1-833-709-0712 |
| E-mail Address (if known) | csr@consumerhelpgroup.com |

Defendant No. 4

| | |
|---|---|
| Name | Illinois Youth Center |
| Job or Title (if known) | Attorney or Counselor |
| Street Address | 1100 S Hamilton ave |
| City and County | Chicago |
| State and Zip Code | Ilinois 60612 |
| Telephone Number | (312) 433-7102 |
| E-mail Address (if known) | N/A |

**II.** **Basis for Jurisdiction**

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction?  *(check all that apply)*

☐ Federal question        ☑ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

MIED ProSe 1 (Rev 5/16) Complaint for a Civil Case

**A.** **If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.
18 U.S. Code § 1028A - Aggravated identity theft, 18 U.S. Code § 1028 - Fraud and related activity in connection with identification documents, authentication features, and information

**B.** **If the Basis for Jurisdiction Is Diversity of Citizenship**

1. The Plaintiff(s)

    a. If the plaintiff is an individual
    The plaintiff, *(name)* QaShontae Hosomla Short,
    is a citizen of the State of *(name)* Michigan.

    b. If the plaintiff is a corporation
    The plaintiff, *(name)* _____,
    is incorporated under the laws of the State of *(name)*
    _____, and has its principal place of business in the State of *(name)* _____.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

    a. If the defendant is an individual
    The defendant, *(name)* Sadaira Reeves, is a citizen of the State of *(name)* Michigan. Or is a citizen of *(foreign nation)* N/A.

    b. If the defendant is a corporation
    The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____. Or is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

    *(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

MIED ProSe 1 (Rev 5/16)  Complaint for a Civil Case

      3.      The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

5 million; 1.) Tampering of my vehicle causing it to stop more than once in front of a guy named Ryan house on Bella Vista Dr in Grand Blanc. 2.) Placing my safety at risk by tampering with my vehicle which has a federal lawsuit on it causing the car to stop in intersections of busy traffic,3.) Causing me to fear for my safety and exacerbating my anxiety and other disabilities 4.) Damage to my

**III.** **Statement of Claim**

Write a short and plain statement of the claim.  Do not make legal arguments.  State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought.  State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.  Attach additional pages if needed.

1.) Harrassing phone calls from the attorney offices after being told to stop calling numerous of times and reiterating that I am NOT Sadaira Reeves 2.) Constant remorse and numerous threats being sent subliminally 3.) Putting me in dangerous situations because of an illegal activity she may have committed to make up for am activity that she feels remorseful for 4.) Numerous headaches trying to navigate issues with multiple vehicles tied to the state of Florida  or a corrunpt business deal

5

MIED ProSe 1 (Rev 5/16)  Complaint for a Civil Case

### IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order.  Do not make legal arguments.  Include any basis for claiming that the wrongs alleged are continuing at the present time.  Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts.  Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

!.) Monetary compensation 2.) incarcerate her she is a menace to society possible affiliation with the attack on the twin towers in New York City, purchasing of counterfeit purses and other items. 2.) I demand monetary cmpensation in monthly installments just like social security totaling out to $5 million dollars

### V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

#### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: July 22_____, 20_25___.

Signature of Plaintiff          _____

Printed Name of Plaintiff    QaShontae Hosomla Short_____

MIED ProSe 1 (Rev 5/16)  Complaint for a Civil Case

**Additional Information:**

...and lived in an area with known PFAS water contamination, you may be eligible to join the lawsuit.

**What to do next:**

Click below to finish your intake and secure your place before the deadline:

👉 [Secure Link to Intake Scheduler]

This process only takes a few minutes and can help protect your rights before it's too late.

If you have any questions, reply to this email or call us at **1-833-709-0712** as soon as possible.

We're here to help,

**Consumer Help Group**
**Http://tapwaterlaw.com/**

Consumer Help Group
1515 N University Dr, #220, Coral Springs, FL 33071
Unsubscribe

 **Consumer Help Group**    Jul 20
csr@consumerhelpgroup.com

Show less

To    Sadairia Reeves qashont…

Jul 20 at 2:29 AM

Hello Again,

Thank you for reaching out to us regarding possible PFAS exposure and your kidney or testicular cancer diagnosis.

We've been trying to connect with you to complete your intake, but haven't been able to reach you by phone. That's why we're sending this email—**the window to file a claim is closing fast.**
**The final enrollment deadline is <span style="color:red">July 31st, 2025</span>.** After this date, you may lose the opportunity to pursue financial compensation for your injuries caused by toxic chemicals in contaminated water.

If you or a loved one has been diagnosed with:

- **Kidney cancer**

If you or a loved one has been diagnosed and lived near a military base or drank contaminated water, **you may be eligible for significant compensation** as part of a national lawsuit.

We're currently reviewing claims like yours — but deadlines are approaching.

👉 [Click here to complete your free case review now.](#)

It only takes a minute, and there's **no cost to you** unless you win.

We're here to help you take the next step.

Consumer Help Group

+1 (833) 709-0712

[Unsubscribe](#)

 **Consumer Help Group**  Jul 12 ☆
To Sadairia Reeves
Jul 12 at 10:17 PM

Sadairia Reeves

Thank you for responding to our recent ad regarding kidney or testicular cancer linked to PFAS (forever chemical) exposure.

If you or a loved one has been diagnosed and lived near a military base or drank contaminated water, **you may be eligible for significant compensation** as part of a national lawsuit.

We're currently reviewing claims like yours — but deadlines are approaching.

👉 **Click here to complete your free case review now.**

It only takes a minute, and there's **no cost to you** unless you win.

We're here to help you take the next step.

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
QaShontae Short

### DEFENDANTS
Great Lakes Bay Legal, Attorneys & COunselors, Sadaira Reeves, Consumer Help Group, Illinois Youth Center

**(b)** County of Residence of First Listed Plaintiff: Genesee
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant: Saginaw
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
QaShontae Hosomla Short, 5313 Territotrial rd. Grand Blanc, MI 48439, (425) 292-8145

Attorneys *(If Known)*
Great Lakes Bay Legal, Attorneys & COunselors, Consumer Help Group, Illinois Youth Center

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*
- [ ] 1 U.S. Government Plaintiff
- [ ] 2 U.S. Government Defendant
- [ ] 3 Federal Question (U.S. Government Not a Party)
- [x] 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [x] 1 | [ ] 1 | Incorporated or Principal Place of Business In This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [x] 2 | Incorporated and Principal Place of Business In Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| 110 Insurance | PERSONAL INJURY / PERSONAL INJURY | 625 Drug Related Seizure of Property 21 USC 881 | 422 Appeal 28 USC 158 | [x] 375 False Claims Act |
| 120 Marine | 310 Airplane / 365 Personal Injury - Product Liability | 690 Other | 423 Withdrawal 28 USC 157 | 376 Qui Tam (31 USC 3729(a)) |
| 130 Miller Act | 315 Airplane Product Liability / 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | PROPERTY RIGHTS | 400 State Reapportionment |
| 140 Negotiable Instrument | 320 Assault, Libel & Slander | | 820 Copyrights | 410 Antitrust |
| 150 Recovery of Overpayment & Enforcement of Judgment | 330 Federal Employers' Liability | | 830 Patent | 430 Banks and Banking |
| 151 Medicare Act | 340 Marine / 368 Asbestos Personal Injury Product Liability | | 835 Patent - Abbreviated New Drug Application | 450 Commerce |
| 152 Recovery of Defaulted Student Loans (Excludes Veterans) | 345 Marine Product Liability | | 840 Trademark | 460 Deportation |
| 153 Recovery of Overpayment of Veteran's Benefits | 350 Motor Vehicle / PERSONAL PROPERTY / 370 Other Fraud | LABOR | 880 Defend Trade Secrets Act of 2016 | 470 Racketeer Influenced and Corrupt Organizations |
| 160 Stockholders' Suits | 355 Motor Vehicle Product Liability / 371 Truth in Lending | 710 Fair Labor Standards Act | | 480 Consumer Credit (15 USC 1681 or 1692) |
| 190 Other Contract | 360 Other Personal Injury / 380 Other Personal Property Damage | 720 Labor/Management Relations | SOCIAL SECURITY | 485 Telephone Consumer Protection Act |
| 195 Contract Product Liability | 362 Personal Injury - Medical Malpractice / 385 Property Damage Product Liability | 740 Railway Labor Act | 861 HIA (1395ff) | 490 Cable/Sat TV |
| 196 Franchise | | 751 Family and Medical Leave Act | 862 Black Lung (923) | 850 Securities/Commodities/ Exchange |
| REAL PROPERTY | CIVIL RIGHTS / PRISONER PETITIONS | 790 Other Labor Litigation | 863 DIWC/DIWW (405(g)) | 890 Other Statutory Actions |
| 210 Land Condemnation | 440 Other Civil Rights / Habeas Corpus: | 791 Employee Retirement Income Security Act | 864 SSID Title XVI | 891 Agricultural Acts |
| 220 Foreclosure | 441 Voting / 463 Alien Detainee | | 865 RSI (405(g)) | 893 Environmental Matters |
| 230 Rent Lease & Ejectment | 442 Employment / 510 Motions to Vacate Sentence | | FEDERAL TAX SUITS | 895 Freedom of Information Act |
| 240 Torts to Land | 443 Housing/ Accommodations / 530 General | | 870 Taxes (U.S. Plaintiff or Defendant) | 896 Arbitration |
| 245 Tort Product Liability | 445 Amer. w/Disabilities - Employment / 535 Death Penalty | IMMIGRATION | 871 IRS—Third Party 26 USC 7609 | 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| 290 All Other Real Property | 446 Amer. w/Disabilities - Other / 540 Mandamus & Other | 462 Naturalization Application | | 950 Constitutionality of State Statutes |
| | 448 Education / 550 Civil Rights | 465 Other Immigration Actions | | |
| | 555 Prison Condition | | | |
| | 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*
- [x] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from Another District *(specify)*
- [ ] 6 Multidistrict Litigation - Transfer
- [ ] 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
31 USC 31 USC 3729: False claims

Brief description of cause:
Attempting to take a court case on behalf of another person knowing it is fraud

## VII. REQUESTED IN COMPLAINT:
[x] CHECK IF THIS IS A **CLASS ACTION** UNDER RULE 23, F.R.Cv.P.

**DEMAND $** 5 mil

CHECK YES only if demanded in complaint:
**JURY DEMAND:** [x] Yes [ ] No

## VIII. RELATED CASE(S) IF ANY
*(See instructions)*
JUDGE: Justice O'Connor, Majority
DOCKET NUMBER: 82-256

DATE: October 15, 2020

SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____

PURSUANT TO LOCAL RULE 83.11

1. Is this a case that has been previously dismissed?  ☐ Yes  ☒ No

   If yes, give the following information:

   Court: N/A

   Case No.: N/A

   Judge: N/A

2. Other than stated above, are there any pending or previously discontinued or dismissed companion cases in this or any other court, including state court? (Companion cases are matters in which it appears substantially similar evidence will be offered or the same or related parties are present and the cases arise out of the same transaction or occurrence.)  ☒ Yes  ☐ No

   If yes, give the following information:

   Court: 67th, 7th Circuit, Eastern District

   Case No.: 2019-C19G2171-SC, 2023-0000119169-CH

   Judge: Marable, Kelly, E.,

   Notes :